UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LISA GIBSON BRAUN,

                Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security

                Defendant.

Case No. 2:16-cv-01847-TSZ-TLF

REPORT AND RECOMMENDATION

Noted for September 8, 2017

This case has been referred to Magistrate Judge Theresa L. Fricke pursuant to 28 U.S.C. § 636(b)(1) and Local Rule MJR 3 and 4. This matter comes before the Court on the parties' filing of a stipulated motion for remand. Dkt. 19. The undersigned recommends that the Court grant that motion, and remand this matter for further administrative proceedings, including the following actions:

- The ALJ will conduct a new hearing, further develop the record as needed, and issue a new decision;

- The ALJ will reevaluate and further develop the medical opinions of record;

- The ALJ will reevaluate steps two and three of the sequential evaluation process;

- The ALJ will reevaluate Plaintiff's credibility;

- The ALJ will reevaluate Plaintiff's RFC;

- The ALJ will reevaluate steps four and five of the sequential evaluation

REPORT AND RECOMMENDATION - 1

process with the assistance of a vocational expert, as necessary.

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Federal Rule of Civil Procedure (FRCP) 72(b); *see also* FRC P 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by FRCP 72(b), the Clerk is directed set this matter for consideration on **September 8, 2017**, as noted in the caption.

Dated this 23rd day of August, 2017.

Theresa L. Fricke
United States Magistrate Judge