UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LISA GIBSON BRAUN,

              Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

              Defendant.

Case No. 2:16-cv-01847-TSZ-TLF

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge Theresa L. Fricke, docket no. 20, to which no objection was timely filed, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) This matter is REMANDED for further administrative proceedings as set forth in the Report and Recommendation and the parties' stipulated motion for remand, docket no. 19; and

(3) The Clerk is directed to send copies of this Order to all counsel of record and Magistrate Judge Fricke.

Dated this 15th day of September, 2017.

                                        /s/ Thomas S. Zilly
                                        Thomas S. Zilly
                                        United States District Judge

ORDER - 1